# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Anita J. Graddick<br>112 Santangelo Court<br>Warner Robins, GA  31093 | **CHAPTER 13**<br><br>**Case Number:** 11-51665-JPS<br><br>**ATTORNEY:**  CALVIN L. JACKSON, P.C. |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $2,444.32 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226


**DATED:** March 12, 2015

                                      /s/ Camille Hope
                                      **Camille Hope, Trustee**
                                      **P.O. Box 954**
                                      **Macon, GA 31202**
                                      **(478) 742-8706**